IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:11-CR-027 |
| | ) | |
| PAUL DOUGLAS PRATER | ) | |

## **O R D E R**

On November 30, 2011, the defendant filed a motion for pretrial release [doc. 35]. Chief United States Magistrate Judge Dennis H. Inman conducted a detention hearing on December 6, 2011. That same day, Magistrate Judge Inman ordered the defendant detained pending trial [doc. 39]. The defendant has appealed that order.

The undersigned has carefully reviewed the magistrate judge's order, the transcript of the detention hearing, and the exhibits introduced at that hearing. The court is in complete agreement with the reasoning set forth by Magistrate Judge Inman. [Doc. 39; doc. 43, p. 7-8]. The order of detention pending trial [doc. 39] is accordingly **AFFIRMED**.

**IT IS SO ORDERED.**

ENTER:

                                                      s/ Leon Jordan
                                       United States District Judge